# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135271 & (78)

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

CARLETUS LASHAWN WILLIAMS,
 Defendant-Appellant.

SC: 135271
COA: 266807
Oakland CC: 2004-199576-FH
 2005-201296-FH

_____/

On order of the Court, the application for leave to appeal the October 25, 2007 judgment of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The motion for miscellaneous relief is DENIED.

The application for leave to appeal remains pending.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2008

_____
Clerk

d0319